IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILLY DEE BENTLEY | :   CIVIL ACTION |
| v. | : |
| CURRAN-FROMHOLD CORRECTIONAL FACILITY | :   NO. 11-6481 |

O R D E R

AND NOW, this 20th day of December, 2011, upon consideration of plaintiff's *pro se* complaint and motion to proceed *in forma pauperis*, it is hereby **ORDERED** that:

1. Plaintiff's motion is **GRANTED**. Plaintiff, Billy Dee Bentley, ID # RB-8144, shall pay the filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on plaintiff's financial statement, an initial partial filing fee of $19.01 is assessed. The Superintendent or other appropriate official at SCI-Retreat, where plaintiff is presently confined, or at any other correctional facility at which plaintiff may be confined, is directed to deduct $19.01 from plaintiff's prisoner account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, Room 2609, 601 Market Street, Philadelphia, PA 19106, to be credited to Civil Action No. 11-6481. Thereafter, until the full filing fee is paid, the Superintendent or other appropriate official at SCI-Retreat, or at any prison at which plaintiff may be confined, shall deduct from plaintiff's prisoner account each time that the account exceeds $10, a monthly amount no greater than 20 percent of the money credited to his account

during the preceding month and forward that amount to the Clerk of Court at the address provided above, to be credited to Civil Action No. 11-6481. A copy of this Order shall be sent to the Superintendent of SCI-Retreat.

2. The Complaint shall be filed, but no summonses are to issue at this time.

3. This action is placed in **SUSPENSE** pending disposition of the prison overcrowding civil actions filed prior to and on June 30, 2011.

4. Plaintiff should not engage in any *ex parte* communications with the court. Any *ex parte* communications with the court will be communicated to counsel for all parties.

**BY THE COURT:**

*/s/ Norma L. Shapiro*
Norma L. Shapiro
District Judge