# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

*BILLY DEE BENTLEY*

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

*Curran Froms-hold*
*Correctinal Facility*
*7901 State Road*
*Philadelphia. PA. 19136*

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**RECEIVED**
**NOV 4 X 2011**

*CA 11-6481*
## COMPLAINT

under the
**Civil Rights Act, 42 U.S.C. § 1983**
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
(check one)

**FILED**
**DEC 20 2011**

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

---

**I.   Parties in this complaint:**

**A.**   List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

**Plaintiff**   Name *Billy Dee Bentley*

ID # *KB-8144*

Current Institution *CampHill*

Address *P.O. Box 200*
*Camphill, Pennsylvania 17001-0200*

*Rev. 10/2009*

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

**Defendant No. 1**      Name _Curran  Fromhold_____ Shield #_____

Where Currently Employed _____

Address _7901    STate    Road_____
_____Phila. PA. 19136_____

**Defendant No. 2**      Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

**Defendant No. 3**      Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

**Defendant No. 4**      Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

**Defendant No. 5**      Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _Curran_
_Fromhold   Correctional   Facility_____

B.    Where in the institution did the events giving rise to your claim(s) occur? _Inside_
_a  Cell._____

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____
_From   9·29·10  to   7 – 5 –2011_____

| | |
|---|---|
| **What happened to you?** | D.   Facts: I was forced to sleep in a three man cell, on a boat 18 inches away from a toilet. And the boat I slept on was 5 to 7 inches from the floor. And I was confined to a 3 man cell for six outof the nine months I spent in Curren Fromhold Correctional Facility. |
| **Who did what?** | The Philadelphia Prison System inflicted cruel and unusual punishment twoirds me having me confined in a such way. |
| **Was anyone else involved?** | The two cell mates I shared the cell with. |
| **Who else saw what happened?** | Dronta Hurling and Robert haidy. |

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✔ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). CURRAN FromHolD CorRECHoNAl FacILity

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✔ No ____ Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ✔ Do Not Know ____

If YES, which claim(s)? ____ N - A ____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✔ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✔

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? Philadelphia Prison System

1.    Which claim(s) in this complaint did you grieve? About me sleeping in a three man cell on a boat.

2.    What was the result, if any? NOTHING. I was sent to the R·H·U and never got an response. 30 days later I was sent to Camphill.

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. NONE because most grievances that's filed about this was swept under the rug because the jails were over crowded, and every bottom tare cell in CFCF had 3 men living in a cell.

**F.**     If you did not file a grievance:

     1.     If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

_____

     2.     If you did not file a grievance but informed any officials of your claim, state who you

        informed, when and how, and their response, if any:_____

_____

_____

_____

**G.**     Please set forth any additional information that is relevant to the exhaustion of your administrative

     remedies. _____

_____

_____

_____

_____

_____

<u>Note:</u>     You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

**V.**     **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). I ask If the Courts can appoint me and attorny, Now for being Confined to a three man cell for six months locked down 24/7 95% out of a week. Not being able to clean the cell but once a week. Sleeping on a boat with mice and cock roaches that crawl on me for being so close to the Floor, and the unprofessionalist way the staff talked and treeted me. For my Compensation Im seeking - one Hundred thousand dollars.

Rev. 10/2009     - 5 -

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI.    Previous lawsuits:**

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

| On these claims |

Yes _____ No __✓__

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?   Yes _____ No _____

     If NO, give the approximate date of disposition _____

*Rev. 10/2009*                          - 6 -

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

_____

<div style="border:1px solid black; padding:4px; width:80px;">
On other claims
</div>

C.   Have you filed other lawsuits in state or federal court?

Yes _____ No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?   Yes _____ No _____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _25_ day of _October_ , 20 _11_ .

Signature of Plaintiff _Billy Bentley_

Inmate Number _KB-8144_

Institution Address _P.O. BOX 200_
_Camphill, PA. 17001-0200_

_____

_____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
their inmate numbers and addresses.

I declare under penalty of perjury that on this *25* day of *October* _____, 20 *11* , I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.

Signature of Plaintiff: *Billy Bentley*